## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

CHERYL Y. TURNER

    VS                                               CASE NO.  3:07cv482/MD

MICHAEL J. ASTRUE

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on   June 23, 2009
Type of Motion/Pleading: MOTION FOR AUTHORIZATION OF ATTORNEY'S FEES PURSUANT TO 42 U.S.C. SECTION 406(b) and NOTICE
Filed by: Plaintiff     on 6/15/09    Document 40-41
(   )   Stipulated/Consented/Joint Pleading
RESPONSES:
DEFENDANT                       on 6/15/09    Doc.# 42
                                           on              Doc.#
                                           WILLIAM M. McCOOL, CLERK OF COURT

                                           /s/ Lynn C. Uhl
                                           Deputy Clerk: Lynn Uhl

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 25th day of June, 2009, that:

(a)   The requested relief is GRANTED.

(b)   The Commissioner shall pay to plaintiff's counsel the amount of $15,008.50 PLUS the $3,526.75 EAJA fee ordered earlier.

(c)   Plaintiff's counsel shall pay the $1,575.00 EAJA fees he earlier received, PLUS the $3,525.75 EAJA when he receives it, to the plaintiff, Cheryl Turner.

                                           /s/ Miles Davis

                                           MILES DAVIS
                                           UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____  By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

                                    Document No.